No. 42176.—Protests 746728–G, etc., of Antolini & Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Kraft* v. *United States* (T. D. 47955) the protests were sustained.

No. 42177.—Protests 980018–G, etc., of Challenge Cream & Butter Association et al. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Kraft* v. *United States* (T. D. 47955) the protests were sustained.

No. 42178.—Protest 987589–G of Tama Trading Co., (Los Angeles).

Opinion by KEEFE, J. On the authority of Abstract 39071 it was held that an allowance should have been made in the weight of the cheese for the inedible covering.

No. 42179.—Protests 987593–G, etc., of Swift and Co. et al. (Los Angeles).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstracts 36724 and 38185 it was held that an allowance should have been made in the weight of the cheese for the inedible covering.

No. 42180.—Protests 637401–G, etc., of G. Ascione, Inc., et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 41794 the protests were sustained.

No. 42181.—Protests 629716–G, etc., of American Bluefriesveem et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 41794 the protests were sustained.

No. 42182.—Protests 722844–G, etc., of Antolini & Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 41794 the protests were sustained.

No. 42183.—Protests 698215–G, etc., of Blum Brothers et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstracts 41794 and 40880 the protests were sustained.